# CRIMINAL CAUSE FOR ARRAIGNMENT/INITIAL APPEARANCE

**BEFORE:** A. Kathleen Tomlinson, U.S.M.J./video    **DATE:** 1/28/2021    **TIME:** 3:27 p.m. (1 hr 5 min.)

**DOCKET #:** MJ-21-119-AKT    **CAPTION:** USA v. SIMPSON

**DEFENDANT:** Carmine Simpson/video    **COUNSEL:** Todd Greenberg/video
 X  Present      Not Present      CJA    X   Retained      Federal Defenders
 X  In custody      Bail      Self Surrender

**A.U.S.A.:** Megan Farrell/video    **INTERPRETER:** N/A (sworn)/telephone    **LANGUAGE:** Spanish

**PRETRIAL REPORT PREPARED BY:** Donna Mackey/video

**FTR:** 3:27-4:32      **COURTROOM DEPUTY:** MVR/telephone

 X  Defendant(s) arraigned on the Complaint.

 X  Defendant(s) initial appearance.

    Waiver of Speedy Indictment executed: Time excluded from _____ to _____

 X  **Preliminary Hearing Waived. Waiver executed.**

    Preliminary Hearing Scheduled for: _____ at _____. before Magistrate Judge On Duty.
     (Attorneys to confirm date and time with Magistrate on duty)

    Order Setting Conditions of Release and Bond entered for defendant. Special conditions apply. See bond for details.

    Temporary Order of Detention entered for defendant (s).

    Detention Hearing to be scheduled before the magistrate on duty. Parties to contact magistrate on duty for available date and time.

 X  **Permanent Order of Detention entered for defendant.**

    Status Conference set for: _____

    Defendant(s) _____ continued on Bond.

 X  Defendant remains in custody.

    Defendant released on bond.

**OTHER:** **All parties participating by video and/or telephone. Defendant in USMS custody appears via video.**
**Defendant consents to arraignment proceeding by video/telephone.**
**Agent appearing via video sworn as to the Complaint.**
**Notice of appearance submitted by Mr. Greenberg as attorney for defendant.**
**Defendant's parents, Karen and William Simpson, appear via telephone.**
**Defendant presents bail application. Government objects. Bail DENIED for reasons as set forth on the record.**
**Defendant's passport to be turned in today by defendant's parents.**
**Court reviews the Preliminary Hearing Waiver with defendant. Defendant consents to the waiver and to have his attorney, Mr. Greenberg, sign the Preliminary Hearing Waiver on his behalf.**
**Order as to Rule 5(f) to be entered.**
**Defendant requests that defendant be placed under protective custody due to his law enforcement status. No opposition by Government. Defendant to be placed under protective custody as requested.**