MRM:MEF
F. #2021R00016

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 23 2021 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CARMINE SIMPSON,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. **C R   2 1   0 9 7**
(T. 18, U.S.C., §§ 2251(a), 2251(e),
2253(a), 2253(b) and 3551 et seq.;
T. 21, U.S.C., § 853(p))

**HURLEY, J.**

**LOCKE, M. J.**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Attempted Sexual Exploitation of a Child – Jane Doe 1)

1.      On or about and between March 24, 2020 and March 25, 2020, both

dates being approximate and inclusive, within the Eastern District of New York and

elsewhere, the defendant CARMINE SIMPSON, did knowingly and intentionally attempt to

employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe 1, to engage in

sexually explicit conduct for the purpose of producing one or more visual depictions of such

conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing

and having reason to know that such visual depictions would be transported and transmitted

using any means and facility of interstate and foreign commerce and which would be in and

affecting interstate and foreign commerce, which visual depictions were produced and

transmitted using materials that had been mailed, shipped and transported in and affecting

interstate and foreign commerce by any means, including by computer, and which visual

depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(e) and 3551 et seq.)

## COUNT TWO
(Sexual Exploitation of a Child – Jane Doe 2)

2. On or about and between April 11, 2020 and September 15, 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CARMINE SIMPSON, did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe 2, to engage in sexually explicit conduct, and attempt to do so, for the purpose of producing one or more visual depictions of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and which would be in and affecting interstate and foreign commerce, which visual depictions were produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

## COUNT THREE
(Attempted Sexual Exploitation of a Child – Jane Doe 3)

3. On or about and between April 22, 2020 and May 5, 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendant CARMINE SIMPSON, did knowingly and intentionally attempt to employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe 3, to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and which would be in and affecting interstate and foreign commerce, which visual depictions were produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(e) and 3551 et seq.)

COUNT FOUR
(Attempted Sexual Exploitation of a Child – Jane Doe 4)

4.      On or about and between August 10, 2020 and September 20, 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CARMINE SIMPSON, did knowingly and intentionally attempt to employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe 4, to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and which would be in and affecting interstate and foreign commerce, which visual depictions were produced and

transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(e) and 3551 et seq.)

<u>COUNT FIVE</u>
(Sexual Exploitation of a Child – Jane Doe 5)

5.     On or about and between August 19, 2020 and September 19, 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CARMINE SIMPSON, did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe 5, to engage in sexually explicit conduct, and attempt to do so, for the purpose of producing one or more visual depictions of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and which would be in and affecting interstate and foreign commerce, which visual depictions were produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

## COUNT SIX
(Sexual Exploitation of a Child – Jane Doe 6)

6.     On or about and between September 7, 2020 and September 30, 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CARMINE SIMPSON, did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe 6, to engage in sexually explicit conduct, and attempt to do so, for the purpose of producing one or more visual depictions of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and which would be in and affecting interstate and foreign commerce, which visual depictions were produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

## COUNT SEVEN
(Sexual Exploitation of a Child – Jane Doe 7)

7.     On or about and between September 7, 2020 and October 1, 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CARMINE SIMPSON, did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe 7, to engage in sexually explicit conduct, and attempt to do so, for the purpose of producing one or more visual

depictions of such conduct and for the purpose of transmitting a live visual depiction of such

conduct, knowing and having reason to know that such visual depictions would be

transported and transmitted using any means and facility of interstate and foreign commerce

and which would be in and affecting interstate and foreign commerce, which visual

depictions were produced and transmitted using materials that had been mailed, shipped and

transported in and affecting interstate and foreign commerce by any means, including by

computer, and which visual depictions were actually transported and transmitted using a

means and facility of interstate and foreign commerce and in and affecting interstate and

foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

COUNT EIGHT
(Sexual Exploitation of a Child – Jane Doe 8)

8.      On or about and between September 16, 2020 and September 17, 2020,

both dates being approximate and inclusive, within the Eastern District of New York and

elsewhere, the defendant CARMINE SIMPSON, did knowingly and intentionally employ,

use, persuade, induce, entice and coerce a minor, to wit: Jane Doe 8, to engage in sexually

explicit conduct, and attempt to do so, for the purpose of producing one or more visual

depictions of such conduct, knowing and having reason to know that such visual depictions

would be transported and transmitted using any means and facility of interstate and foreign

commerce and which would be in and affecting interstate and foreign commerce, which

visual depictions were produced and transmitted using materials that had been mailed,

shipped and transported in and affecting interstate and foreign commerce by any means,

including by computer, and which visual depictions were actually transported and

transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

## COUNT NINE
(Sexual Exploitation of a Child – John Doe 1)

9.      On or about and between October 13, 2020 and November 16, 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CARMINE SIMPSON, did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: John Doe 1, an individual whose identity is known to the Grand Jury, to engage in sexually explicit conduct, and attempt to do so, for the purpose of producing one or more visual depictions of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and which would be in and affecting interstate and foreign commerce, which visual depictions were produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

## COUNT TEN
(Sexual Exploitation of a Child – John Doe 2)

10.      On or about and between November 19, 2020 and November 20, 2020, both dates being approximate and inclusive, within the Eastern District of New York and

elsewhere, the defendant CARMINE SIMPSON, did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: John Doe 2, to engage in sexually explicit conduct, and attempt to do so, for the purpose of producing one or more visual depictions of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and which would be in and affecting interstate and foreign commerce, which visual depictions were produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

### COUNT ELEVEN
(Sexual Exploitation of a Child – Jane Doe 9)

11.     On or about and between November 29, 2020 and December 1, 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CARMINE SIMPSON, did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe 9, to engage in sexually explicit conduct, and attempt to do so, for the purpose of producing one or more visual depictions of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce

and which would be in and affecting interstate and foreign commerce, which visual

depictions were produced and transmitted using materials that had been mailed, shipped and

transported in and affecting interstate and foreign commerce by any means, including by

computer, and which visual depictions were actually transported and transmitted using a

means and facility of interstate and foreign commerce and in and affecting interstate and

foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

12.    The United States hereby gives notice to the defendant that, upon his

conviction of any of the offenses charged herein, the government will seek forfeiture in

accordance with Title 18, United States Code, Section 2253(a), which requires the forfeiture

of (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260

of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape, or

other matter which contains any such visual depiction, which was produced, transported,

mailed, shipped or received in violation of such sections; (b) any property, real or personal,

constituting, or traceable to, gross profits or other proceeds obtained from such offenses; and

(c) any property, real or personal, used or intended to be used to commit or to promote the

commission of such offenses or any property traceable to such property, including but not

limited to:

(i)     iPhone 12 with serial number F17DG2RV0DXX;

(ii)    HP laptop computer with serial number 5CD4291SJ2;

(iii)   Amazon Kindle with serial number 786840271;

(iv)    HP laptop computer with serial number 5CD0012KCL;

(v)     HP desktop computer with serial number 4CE020M5M;

(vi)    Dell desktop computer with serial number H3C6Y91; and

(vii)   Xbox One, Model #1540 with serial number 000384654048, all seized

from the defendant's residence on or about January 28, 2021 in or around Suffolk County,

New York.

13.    If any of the above-described forfeitable property, as a result of any act

or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be

divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any

11

other property of the defendant up to the value of the forfeitable property described in this

forfeiture allegation.

(Title 18, United States Code, Sections 2253(a) and 2253(b); Title 21, United

States Code, Section 853(p))


A TRUE BILL

_Karen Swiecicki_
FOREPERSON

_Seth D. DuCharme_
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2021R00016

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

### CARMINE SIMPSON,

Defendant.

## INDICTMENT

(T. 18, U.S.C. §§ 2251(a), 2251(e), 2253(a), 2253(b) and 3551 et seq.;
T. 21, U.S.C., § 853(p))

*A true bill.*

____ *Karen Swiecicki* _____ ____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

*Bail, $* _____

_____

*Megan E. Farrell, Assistant U.S. Attorney (631) 715-7862*