# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ                          **DATE:** 3/24/2023     (20 min)

**DOCKET No.** CR- 21-97

**DEFENDANT:**   Carmine Simpson   **DEF. #**
Present in custody


**DEFENSE COUNSEL:**  Todd Greenberg
Retained


**A.U.S.A.**:        MEGAN FARRELL
INTERPRETER:   [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:  _Choose an item.
COURT REPORTER/FTR LOG:  Fred Guerino                              DEPUTY: KM

- ☐ Allocution
- ☐ Arraignment
- ☒ Change of Plea Hearing (~*Util-Plea Entered*)    ☐ Initial Appearance
- ☐ Telephone Conference                              ☐ Detention hearing
- ☐ Bond hearing
- ☐ Motion Hearing Non Evidentiary                    ☐ Plea Agreement Hearing
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**Do these minutes contain ruling(s) on motion(s)?**    ☐ YES     ☒ NO

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his/her rights.
- ☐ Choose an item..
    ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.

- ☐ Defendant waives public reading.

- ☒ Defendant is sworn to his statements.

- ☒ Defendant is questioned as to whether s/he has read and understands the charging instrument and the plea agreement. Defendant has.

- ☐ Defendant waives indictment, a waiver is executed.

|   |   |
|---|---|
| ☒ | Defendant withdraws previous plea of not guilty and enters a plea of guilty to count __2____ of the Indictment. |
| ☒ | The defendant explains the offense committed, the Government offers the proof they would present to the Court during trial. |

☒ The Court finds a factual basis for the plea and accepts it.

☒ Probation notified.
☐ Sentence held in abeyance.
☒ Sentencing date set **for 9/22/2023    at 11:00 a.m.**
☐ Government moves for Choose an item., argument heard.
☐ Choose an item.:
    ☐ Ruling:
        ☐ Order setting conditions of bond executed.
        ☐ Detention Order executed.
            ☐ Permanent.
            ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☐ OTHER:
☒ Defendant continued:  ☒ in custody     ☐ on bond