# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 6/21/2024  (10 min)
**DOCKET No. CR-** 21-97

**DEFENDANT:**   Carmine Simpson   **DEF. #**
Present in custody

**DEFENSE COUNSEL:**  Evan Sugar

Federal Defenders

**A.U.S.A.**:    MEGAN FARRELL
INTERPRETER:   [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:  _Choose an item.
COURT REPORTER/FTR LOG:_ Denise Parisi                DEPUTY: KM

- ☐ Allocution
- ☒ Status Conference
- ☐ Arraignment
- ☐ Revocation of Probation
- ☐ Change of Plea Hearing (*~Util-Plea Entered*)
- ☐ Initial Appearance
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Telephone Conference
- ☐ Detention hearing
- ☐ Bond hearing
- ☐ Motion Hearing Non Evidentiary
- ☐ Plea Agreement Hearing
- ☐ Video Conference
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**SHOULD THIS CALENDAR BE SEALED?**  ☐  YES  ☐  NO

**Do these minutes contain ruling(s) on motion(s)**?  ☒  YES   ☐  NO
Motion(s) Type and Document # of Motion Ruled On:

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☐ Defendant is informed of his/her rights.
- ☐ Defendant's first appearance and arraigned.
    - ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
- ☐ Defendant waives public reading.
- ☐ Defendant enters a plea of not guilty to the _Choose an item._.
- ☒ Set Sentence for_ 8/13/2024 at 12:00p.m. in-person

☐ Motion to exclude time through Click or tap to enter a date. . Motion granted, order executed
EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: Click or tap to enter a date.
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:  Click or tap to enter a date.
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

☐ Motion for Choose an item., argument heard.
☐ Choose an item.:
    ☐ Ruling:
        ☐ Order setting conditions of bond executed.
        ☐ Detention Order executed.
            ☐ Permanent.
            ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Medical Evaluation Order entered.
☐ Motion schedule set:

☐ Hearing held.
    ☐ Witness(es) sworn, testimony heard.      ☐ Exhibits entered.
    ☐ Hearing Continued to:      ☐ Hearing Concluded.
    ☐ Ruling on the record.      ☐ Decision Reserved.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒ OTHER:  Additional discovery needs to be reviewed before making a decision moving forward..
☒ Defendant continued: ☒ in custody     ☐ on bond