# Federal Defenders
## OF NEW YORK, INC.

*Eastern District*
770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (631) 712-6505

**Tamara L. Giwa**
*Executive Director and Attorney-in-Chief*

**Michelle A. Gelernt**
*Attorney-in-Charge*

October 17, 2024

Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Carmine Simpson, 21-CR-97

Dear Judge Brown:

I respectfully request Mr. Simpson's case be adjourned to December 13, 2024. I require additional time to review discovery and advise my client. The government does not object to this request.

Respectfully submitted,

Evan F. Sugar, Esq.
Assistant Federal Defender