**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

___Eastern___ District of ___New York___

Caption:

United States of America v.

Carmine Simpson

Docket No.: 21 CR 097

_____
(District Court Judge)

Notice is hereby given that __Carmine Simpson__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify) entered in this action on __05/20/2025__.
(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✓]  Other [ ].

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987? Yes [✓]  No [ ]  N/A [ ]

Date of sentence: __05/16/2025__  N/A [ ]

Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Daniel Habib, Esq. |
| Counsel's Address: | Federal Defenders of New York, Inc. |
| | 52 Duane Street, 10th Floor, New York, NY 10007 |
| Counsel's Phone: | (212) 417-8742 |
| Assistant U.S. Attorney: | Megan Elizabeth Farrell, Esq. |
| AUSA's Address: | United States Attorney's Office, EDNY |
| | 271 Cadman Plaza East, Brooklyn, NY 11201 |
| AUSA's Phone: | 718-254-6448 |

*Daniel Habib*
_____
Signature